United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

May 17, 2007

Sarah Schrank Gold, Esq.

Proskauer, Rose, et al.

1585 Broadway

New York, NY 10036-8299

In re: New Valley Corp. v. United States, No. 94-785 C

Dear Ms. Gold:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated March 20, 2007, in favor of plaintiff in the cases listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa DeFade Reyes

Lisa DeFade Reyes

Chief Deputy Clerk Operations

Enclosures

cc: Kirk Thomas Manhardt, Esq., Dept. Of Justice